USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: September 27, 2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

BRYAN QUESENBERRY,

                            Plaintiff,

              -against-

AMUDIM COMMUNITY RESOURCES, INC. ET AL

                          Defendants.

-------------------------------------------------------- x

20-cv-7382 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court denies ECF No. 3 as moot.

**SO ORDERED.**

Dated:   September 27, 2021
            New York, New York

                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**